**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIGHTSKY LLC, XNNOVATION CANADA, INC., INTELLIGENTONE TECHNOLOGIES, INC., and SECURACOM GPS, INC. D/B/A GPS ANYPLACE <br><br> Defendants. | **Case No.: 1:12-cv-0773** <br><br> **DEMAND FOR JURY TRIAL** |

## NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), hereby notify this Court that Plaintiffs voluntarily dismiss:

1) Defendants BrightSky LLC, IntelligentOne Technologies, Inc., and SecuraCom GPS, Inc. D/B/A GPS AnyPlace with prejudice;

2) with prejudice with respect to the Defendant Xnnovation Canada, Inc. in connection with their use or sale of the products named in the lawsuit and/or any other product made, used or sold by BrightSky LLC, IntelligentOne Technologies, Inc., and SecuraCom GPS, Inc. D/B/A GPS AnyPlace; and

3) without prejudice to Defendant Xnnovation Canada, Inc. in all other respects.

Dated:  March 13, 2012                                    Respectfully submitted,

                                                          /s/ Anthony E. Dowell
                                                         Anthony E. Dowell
                                                         aedowell@dowellbaker.com
                                                         DOWELL BAKER, P.C.
                                                         201 Main St., Suite 710
                                                         Lafayette, IN  47901
                                                         (765) 429-4004

                                                         **ATTORNEY FOR PLAINTIFFS**
                                                         **ARRIVALSTAR S.A. and**
                                                         **MELVINO TECHNOLOGIES LIMITED**