**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division**

ArrivalStar S.A., et al.
                      Plaintiff,

v.                                           Case No.: 1:12–cv–00773
                                                     Honorable Joan B. Gottschall

BrightSky LLC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 6, 2012:

      MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Notice of Voluntary Dismissal of all Defendants [10], this action is dismissed pursuant to the terms stated therein. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.